1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GALLEGOS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | ED CV 09-1381-PLA<br><br>JUDGMENT OF REMAND |

The Court having received and approved Stipulation to Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for

-1-

1 | further action consistent with the Stipulation for Voluntary Remand pursuant to
2 | Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the
3 | within Judgment.

5 | Dated: December 6, 2009   _____
6 | PAUL L. ABRAMS
7 | UNITED STATES MAGISTRATE JUDGE